UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

FILED
March 22, 2023 11:13 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mlc SCANNED BY: / 3/22/23

COMPLAINT

2:23-cv-51
Paul L. Maloney
United States District Judge

I.   **Defendants:**

**1. Michael T. Edwards**
1029 Gornick Ave., Suite 102
Gaylord, MI 49735
(989) 732-5500
Mike@EdwardsAtLaw.com

**2. Jocelyn K. Fabre**
2175 Shunk Road
Sault Ste. Marie MI 49783
906-635-4963
jfabry@saulttribe.net
(the address, etc., given above is the Defendant's last known address [the Tribal Court] and is being used under Rule 5(b)(C): I believe that Defendant Fabre should provide the Court, and me, with non-employer [or lawyer] contact information as this case moves forward).

II.   **Statement of claim**.

I filed an "election challenge" in the Sault Ste. Marie Tribe of Chippewa Indians Trial Court on 12-16-21 (Case # GCV-21-02). Defendant Fabre was the Tribal Court Judge for this case; Defendant Edwards was the Tribe's Election Commission Legal Counsel at the time. The Election Commission was the Defendant in this case.

**At no time during this litigation did the Court (Fabre) send me a "Notice of Hearing." Additionally, at no time during this litigation did the Court send me the access information that I would need to attend a hearing via Zoom.** I knowingly and willingly make this statement. which can be verified through discovery, under penalty of perjury (signature below).

It must be noted that neither Defendant could have deprived me of my Constitutional rights alone; only a conspiracy between the Defendants could have effectuated the failure to "notice" me of an alleged "Hearing" in this Tribal Court case.

1

Consequently, this Complaint alleges that the Defendants conspired to deprive me of my 14th Amendment Constitutional rights to due process and equal protection by failing to "notice" me of an alleged "hearing," resulting in not only a violation of my 14th Amendment rights, but the 14th Amendment rights of my clients (about 30,000 Sault Tribe members), as well.

The 14th Amendment right to a hearing is a basic aspect of the duty of government to follow a fair process of decision making when it acts to deprive a person of a liberty interest …. the notice of hearing and the opportunity to be heard must be granted at a meaningful time and in a meaningful manner. Amdt14.S1.5.4.4

## III. Relief.

I seek damages of at least $1,000,000, from the Defendants' personal funds, in compensation for damage to my reputation and the loss of income suffered by me as a consequence of the Defendants' willful and knowing failure to "notice" me of the alleged "hearing" in a clear and malicious violation of my 14th Amendment rights, and those of the 30,000+ clients I represented in the case in Tribal Court, which deprived us of our Constitutional rights to due process and equal protection, and impose any penalties and/or fines that the Court feels are equitable and just under Title 18 U.S.C. Section 242.

Philip C. Bellfy, PhD
Plaintiff's Signature
Date 3-8-23

5759 S. Ridge Rd.
Sault Ste. Marie, MI 49783
906-632-8060
phil.bellfy@gmail.com

5759 S. Ridge
Sault 49783

OFFIC
US
330
202
MA



EXPECTED DELIVERY DAY: 03/23/23
USPS TRACKING® #
9505 5107 4622 3079 5065 69

